IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00908-MSK-MEH

SATTAR KHDIR,

      Petitioner,

v.

ALBERTO GONZALES, Attorney General,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services,
MARY MISCHKE, Acting District Director, Denver District Office, U.S. Citizenship
and Immigration Services,
ROBERT MUELLER III, Director, Federal Bureau of Investigation,

      Respondents.

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Friday, August 31, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than 15 minutes to address scheduling.  Counsel shall *bring their calendars.*

Dated this 27th day of June, 2007

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge